**Order entered February 1, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00055-CV

## IN RE VERTICAL HOLDINGS, LLC, AND VANGUARD FINANCIAL TRUST, Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-04237**

## ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DISMISS** relators' petition for writ of mandamus, and **DENY** the motion for temporary relief as moot.

/s/　ROBBIE PARTIDA-KIPNESS
　　　JUSTICE